**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** John Z. Boyle | **Date:** June 23, 2017 |
| **USA v. Peter Nathan Steinmetz** | **Case Number:** CR-17-00585-002-PHX-DJH |

**Assistant U.S. Attorney:** Matthew H. Binford
**Attorney for Defendant:** Lee Stein, Retained
**Interpreter:** N/A
**Defendant:** ☒Present   ☐ Not Present   ☐ Released   ☒Custody   ☐ Summons   ☐ Writ

**INITIAL APPEARANCE**
☒ Date of Arrest: June 22, 2017
☐ Warrant Other District
☐ Financial Affidavit taken        ☐ NO Financial Affidavit taken

ORDERED granting Government's motion to unseal.

LATER: Defense counsel ORDERED to file a Notice of Appearance.

**ARRAIGNMENT HEARING**
☒ Held   ☐ Continued   ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.   ☒   Reading waived.

**TRIAL:** August 1, 2017 **at 9:00 a.m. before the Honorable Diane J. Humetewa**

**PRETRIAL MOTIONS DEADLINE:** 7/7/2017
**DETENTION HEARING:**        ☒   Held   ☐ Continued   ☐ Submitted   ☐ UA
PSA recommends: release.
Government position: release
Defense recommends: release.
☒ Court accepts recommendation and Orders defendant released on personal recognizance with conditions.
☒ Defendant is advised on the record. Order Setting Conditions of Release signed.

|  |  |
|---|---|
|  | IA    1 min ARR |
|  | 1 min DH |
|  | 13 min |
| **Recorded By** Courtsmart | **Start:** 3:20 PM - |
| **Deputy Clerk** Kenneth G. Miller | **Stop:** 3:59 PM |