# UNITED STATES DISTRICT COURT
for the
## District of Arizona

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services　**FROM:** United States Pretrial Services
U.S. Department of State　Sandra Day O'Connor Courthouse, Suite 260
CA/PPT/L/LA　401 W. Washington Street, SPC 8
44132 Mercure Circle #1227　Phoenix, Arizona 85003-2119
Sterling, VA 20166-1227　(602) 322-7350
　Fax: (602) 322-7380

**Original Notice**

**Date:** June 26, 2017
**By:** Emmanuel Briseno

Defendant: Peter Nathan Steinmetz　Case Number: 0970 2:17CR00585
Date of Birth:　Place of Birth: Kiel, Germany
SSN:

**Notice of Court Order** (Order Date: June 23, 2017)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number 015858128/461580007 to the custody of the U.S. Pretrial Services on June 23, 2017. Airport card FFZ 69347 16030610-1A.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court