# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00585-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Mario Costanzo et al., | |
| Defendants. | |

I hereby recuse myself from the above-captioned matter and refer this case to the Clerk of Court to be reassigned, by random lot, to another judge in the District of Arizona.

Therefore,

**IT IS ORDERED** that this matter has been reassigned by the Clerk of Court, by random lot, to the Honorable John J. Tuchi, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-17-00585-PHX-**JJT**.

Dated this 27th day of June, 2017.

Honorable Diane J. Humetewa
United States District Judge

cc: Judge Tuchi