JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER; #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-0585-01-PHX-JJT |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE** |
| vs. | |
| Thomas Mario Costanzo, et al., | **(Second Request)** |
| Defendant | |

Defendant, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of July 7, 2017.  In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of August 1, 2017.  Additional time will be necessary for defense counsel to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and render the effective assistance of counsel to the defendant.

Defendant further requests that any subpoenas previously issued and served in this matter remain in effect and the party who served the subpoena should advise the witnesses of the new trial date.

/ / /

/ / /

Defense counsel has contacted Assistant United States Attorney Matthew Binford regarding this motion and the government has no objection to the requested continuances. Undersigned counsel has also contacted co-counsel, Lee David Stein, who represents the co-defendant, Peter Nathan Steinmetz, in this case, and has indicated that he has no objection to the requested continuances, and would join in this motion.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: June 30, 2017.

JON M. SANDS
Federal Public Defender

 *s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing May 18, 2017, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

FERNANDA CAROLINA ESCALANTE KONTI
MATTHEW H. BINFORD
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

1 | LEE DAVID STEIN
2 | Counsel for Co-Defendant
  | Peter Nathan Steinmetz
3 | 1 Renaissance Sq.
  | 2 N Central Ave., Ste. 1900
4 | Phoenix, AZ 85004
5 |
  | Copy mailed to:
6 |
7 | THOMAS MARIO COSTANZO
  | Defendant
8 |
9 |   *s/yc*