JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

MARIA TERESA WEIDNER, State Bar #027912
Asst. Federal Public Defender
Attorney for Defendant
maria_weidner@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Thomas Mario Costanzo,<br><br>            Defendant. | No. CR-17-0585-01-PHX-JJT<br><br>**NOTICE OF<br>DISCOVERY REQUEST**<br><br>**(2nd Request)** |

Maria Teresa Weidner, Assistant Federal Public Defender, on behalf of defendant Thomas Mario Costanzo, hereby files Notice that on June 30, 2017 the defense delivered its second (2nd) written discovery requests to Carolina Escalante Konti, Assistant United States Attorney.

Respectfully submitted: June 30, 2017.

JON M. SANDS
Federal Public Defender

*s/Maria Teresa Weidner*
MARIA TERESA WEIDNER
Asst. Federal Public Defender

1  Copy of the foregoing transmitted
2  by ECF for filing June 30, 2017, to:

3  CLERK'S OFFICE
4  United States District Court
   Sandra Day O'Connor Courthouse
5  401 W. Washington
6  Phoenix, Arizona 85003

7  CAROLINA ESCALANTE KONTI
8  MATTHEW H. BINFORD
   Assistant U.S. Attorneys
9  United States Attorney's Office
10 Two Renaissance Square
   40 N. Central Avenue, Suite 1200
11 Phoenix, Arizona 85004-4408

12
13 Copy mailed to:

14 THOMAS MARIO COSTANZO
15 Defendant

16     _s/yc_
17
18
19
20
21
22
23
24
25
26
27
28