Lee Stein (#12368)
lee@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) CR-17-0585-02-PHX-JJT |
|---|---|
| Plaintiff, | ) **DEFENDANT PETER STEINMETZ'** |
| | ) **MOTION FOR PERMISSION TO** |
| v. | ) **TRAVEL TO PINETOP, ARIZONA** |
| | ) **AND UNOPPOSED MOTION TO** |
| Peter Nathan Steinmetz, et al., | ) **MODIFY CONDITIONS OF RELEASE** |
| Defendant. | ) (First Request) |

Defendant Peter Steinmetz, though undersigned counsel, respectfully requests that his conditions of release be modified from home detention to curfew, at the discretion of Pretrial Services. Additionally, Dr. Steinmetz requests that this Court issue an order authorizing him to travel to Pinetop, Arizona from July 16, 2017 through July 22, 2017. Dr. Steinmetz wishes to travel to Pinetop, Arizona so he can take a prepaid vacation with his wife and son. Planning and payment for the Pinetop trip were made well in advance of the indictment of Dr. Steinmetz on June 20, 2017 on counts relating to money transmitting. The allegations in the indictment do not allege that travel had anything to do with the charges.

Undersigned counsel has spoken with Gilbert Lara of U.S. Pretrial Services, as well as AUSA Carolina Escalante Konti. Neither Mr. Lara nor Ms. Escalante Konti object to Dr. Steinmetz' request to modify his conditions of release. With respect to Dr.

Steinmetz's desire to travel to Pinetop, Arizona, Mr. Lara advised that he does not object if and only if, subject to the Court's approval, Dr. Steinmetz is required to call in to Pretrial Services every day.  Because GPS monitoring is not consistently reliable in Pinetop, in the absence of this condition Mr. Lara would object.  AUSA Escalante Konti advised that due to the inability to monitor Dr. Steinmetz while in Pinetop, she objects to Dr. Steinmetz being allowed to travel to Pinetop, Arizona for the time period requested.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on July 12, 2017.

MITCHELL | STEIN | CAREY, PC

By:   */s/ Lee Stein*

Lee Stein
Attorneys for Defendant

I certify that on July 12, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Carolina Escalante Konti
Matthew Binford
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

//
//
//
//
//

1  COPY mailed on July 12, 2017, to:

2  Gilbert R. Lara
3  U.S. Pretrial Services
   401 W. Washington, SPC 260
4  Phoenix, AZ 85003

5

6  */s/*     *B. Wolcott*