UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-JJT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Peter Nathan Steinmetz, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon review of Defendant's Motion to Modify Conditions of Release and Motion to Travel, and good cause appearing,

IT IS HEREBY ORDERED modifying Defendant's conditions of release from home detention to curfew, at the discretion of Pretrial Services.

IT IS FURTHER ORDERED authorizing Defendant to travel to Pinetop, Arizona from July 16, 2017 through July 22, 2017; Defendant is required to make telephone contact each day with the United States Pretrial Services Office.

IT IS FURTHER ORDERED that all other conditions of release imposed on Defendant shall remain the same unless otherwise ordered by this Court.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.