# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00585-002-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Peter Nathan Steinmetz, | |
| Defendant. | |

The Court having reviewed Defendant's Motion for Permission to Travel to Pinetop, Arizona and Unopposed Motion to Modify Conditions of Release (Doc. 34), and good cause appearing,

**IT IS ORDERED** that the Motion for Permission to Travel to Pinetop, Arizona and Unopposed Motion to Modify Conditions of Release (Doc. 34) is granted.

**IT IS FURTHER ORDERED** authorizing Defendant to travel to Pinetop, Arizona from July 16, 2017 through July 22, 2017; Defendant is required to make telephone contact each day with the United States Pretrial Services Office.

**IT IS FURTHER ORDERED** that all other conditions of release imposed on Defendant shall remain the same unless otherwise ordered by this Court.

Dated this 13th day of July, 2017.

Honorable John Z. Boyle
United States Magistrate Judge