AO 442 (Rev. 01/09) Arrest Warrant

```
                    ┌─────────────────────────┐
                    │ ✓ FILED      ___ LODGED │
                    │ ___ RECEIVED ___ COPY   │
                    │                         │
                    │     JUN 22 2017         │
                    │                         │
                    │ CLERK U S DISTRICT COURT│
                    │   DISTRICT OF ARIZONA   │
                    │ BY_____DEPUTY │
                    └─────────────────────────┘
```

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX
2017 JUN 21  AM 9:54

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Peter Nathan Steinmetz,<br><br>*Defendant* | )<br>)<br>)   Case No.   CR 17-585-PHX-DJH<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **PETER NATHAN STEINMETZ**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy to Operate an Unlicensed Money Transmitting Business

18:1960 - Operating Unlicensed Money Transmitting Business


Date: 06/21/2017

_____
*Issuing officer's signature*

City and state:    Phoenix, Arizona

M. PRUNEAU, DEPUTY CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-21-2017, and the person was arrested on *(date)* 6-22-2017
at *(city and state)*  Tempe, Arizona.

Date: 7-31-2017

_____
*Arresting officer's signature*

Arrested by HSI
*Printed name and title*