Lee Stein (#12368)
lee@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) CR-17-0585-02-PHX-JJT |
|---|---|
| Plaintiff, | ) **MOTION FOR PERMISSION TO TRAVEL** |
| v. | ) |
| Peter Nathan Steinmetz, et al., | ) |
| Defendant. | ) |

Defendant Peter Steinmetz, though undersigned counsel, respectfully requests permission from this Court authorizing his travel to Oregon from August 20 to August 22, 2017 to view the solar eclipse with his son.  Planning for the trip began well in advance of the indictment of Dr. Steinmetz on June 20, 2017 on counts relating to money transmitting.

Undersigned counsel has spoken with Gilbert Lara of U.S. Pretrial Services, as well as AUSA Matthew Binford regarding this request for permission to travel.  Mr. Lara and Mr. Binford do not oppose the request.  The specific details of Dr. Steinmetz's requested travel, including his flight itinerary and where he will be staying in Madras, Oregon have been provided to both Mr. Lara and Mr. Binford.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from an order based thereon.

RESPECTFULLY SUBMITTED on August 7, 2017.

        MITCHELL | STEIN | CAREY, PC

By: _/s/ Lee Stein_
    Lee Stein
    Attorneys for Defendant

I certify that on August 7, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

//
//
//
//
//

COPY mailed on August 7, 2017, to:

Gilbert R. Lara
U.S. Pretrial Services
401 W. Washington, SPC 260
Phoenix, AZ 85003

_/s/ Stephanie King_