UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-17-0585-02-PHX-JJT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Peter Nathan Steinmetz, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon undersigned Counsel's Motion for Permission to Travel; **IT IS HEREBY ORDERED:**

1.  Defendant may travel to Oregon, beginning on August 20, 2017, returning to Phoenix on August 22, 2017.

**DATED _____, 2017.**

_____
United States District Court Judge