IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Peter Nathan Steinmetz,<br><br>        Defendant. | No. CR-17-00585-02-PHX-JJT<br><br>**ORDER** |

Upon motion of the Defendant for Permission to Travel (Doc. 38), having no opposition by the Government and Pretrial Services, and good cause appearing;

**IT IS ORDERED** granting Defendant's Motion for Permission to Travel (Doc. 38), and allowing him to travel to Madras, Oregon from August 20, 2017 to August 22, 2017.

**IT IS FURTHER ORDERED** that Defendant Peter Nathan Steinmetz shall stay at 2028 NW Berg Drive in Madras, Oregon 97741.

**IT IS FURTHER ORDERED** that the Defendant is to contact his Pretrial Services Officer prior to leaving for Oregon on August 20, 2017 and upon his return to Arizona on August 22, 2017.

**IT IS FURTHER ORDERED** that all other conditions of release imposed on the Defendant will remain the same unless otherwise ordered by this Court.

Dated this 14th day of August, 2017.

_____
Honorable John J. Tuchi
United States District Judge