Brian E. Klein (Admitted *Pro Hac Vice*)
 bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Peter Nathan Steinmetz*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>v.<br><br>PETER NATHAN STEINMETZ, *et al.*,<br>         Defendant. | CR-17-0585-02-PHX-JJT<br><br>**EX PARTE APPLICATION TO WITHDRAW**<br><br>[Proposed Order Filed Concurrently] |

Brian Klein of Baker Marquart LLP currently represents defendant Peter Steinmetz along with Lee Stein of Mitchell | Stein | Carey.  Klein was admitted *pro hac vice* to represent Steinmetz on July 6, 2017.  Stein had previously appeared as Steinmetz's attorney at his initial appearance on June 23, 2017, and he is also an attorney of record for Steinmetz.

Steinmetz no longer wishes to have both attorneys (and their firms) represent him in this matter.  Steinmetz has requested of Klein that he withdraw as one of his two attorneys in this matter, and he has approved of this filing in writing (as such this application can be filed ex parte pursuant to Local Rule 83.3(b)(1)).  Steinmetz will continue to have Stein (and his firm) as counsel, and thus, he will not be without representation.  Stein is aware of Steinmetz's request for Klein to withdraw and this filing, and he is also aware of the trial date and prepared to represent Steinmetz at trial.

For all these reasons, the Court should grant Steinmetz's request and permit Klein to withdraw as one his two attorneys of record, pursuant to Local Rule 83.3(b).

Dated: August 16, 2017			Respectfully submitted,

By: /s/ Brian E. Klein
    Brian E. Klein
    BAKER MARQUART LLP
    *Attorneys for Peter Nathan Steinmetz*

1