Brian E. Klein (Admitted *Pro Hac Vice*)
 bklein@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Peter Nathan Steinmetz*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>PETER NATHAN STEINMETZ, *et al.*,<br>　　　　Defendant. | CR-17-0585-02-PHX-JJT<br><br>**[PROPOSED] ORDER TO WITHDRAW PURSUANT TO LOCAL RULE 83.3(b)(1)** |

The Court has read and considered the ex parte withdrawal application filed on August 16, 2017.  The Court finds that the application, which this Court incorporates by reference into this order, demonstrates facts that support the application, and provides good cause for doing so.

THEREFORE FOR GOOD CAUSE SHOWN: the withdrawal application is granted, and Brian Klein of Baker Marquart LLP will be terminated as one of defendant Peter Steinmetz's two attorneys in the above-captioned case.  Lee Stein of Mitchell | Stein | Carey will remain as counsel to Steinmetz.

IT IS SO ORDERED.

DATED:  August __, 2017

_____
Hon. John J. Tuchi
United States District Judge