# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br><br>v.<br><br>Peter Nathan Steinmetz<br><br>        Defendant. | No. CV-17-00585-02-PHX-JJT<br><br>**ORDER** |

Upon Defendant's Ex Parte Application to Withdraw (Doc. 41), and good cause appearing therefore;

**IT IS ORDERED** granting the Defendant's Ex Parte Application to Withdraw (Doc. 41).

**IT IS FURTHER ORDERED** withdrawing attorney Brian E. Kein, of Baker Marquart, LLP as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** that Lee David Stein, of Mitchell Stein & Carey, PC, shall remain as counsel of record in the above-entitled action.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.

Dated this 22nd day of August, 2017.

_____
Honorable John J. Tuchi
United States District Judge