Lee Stein (#12368)
lee@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone:  (602) 358-0292
Facsimile:   (602) 358-0291
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) CR-17-0585-02-PHX-JJT |
|---|---|
| Plaintiff, | ) **NOTICE OF ACKNOWLEDGMENT** |
| v. | ) |
| Peter Nathan Steinmetz, et al., | ) |
| Defendant. | ) |

  Defendant Peter Steinmetz, though undersigned counsel, respectfully submits this Notice of Acknowledgment of this Court's Order of August 14, 2017 (Doc. 40).

  The defense does not object to the limited disclosure of documents containing personal identifying information (PII) and issuance of a protective order to protect said information from further dissemination. Undersigned counsel further attests that he and Mr. Steinmetz's defense team will abide by the terms set forth in this Court's Order (Doc. 40).

RESPECTFULLY SUBMITTED on August 24, 2017.

             MITCHELL | STEIN | CAREY, PC

             By: */s/ Lee Stein*
               Lee Stein
               Attorneys for Defendant

I certify that on August 24, 2017, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk's Office
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Matthew Binford
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiff

Maria Teresa Weidner
Assistant Federal Public Defender
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Attorneys for Co-Defendant
Thomas Costanzo

*/s/ Stephanie King*